**ROANNE L. MANN**  **DATE:** December 13, 2022
**UNITED STATES MAGISTRATE JUDGE**  **START:** 10:30 a.m.
  **END:** 10:50 a.m.

**DOCKET NO:** 22-cv-443 (ENV)

**CASE** Li v. HBCC Development Corp. et al

☐ INITIAL CONFERENCE              X OTHER/*CHEEKS* HEARING
☐ DISCOVERY CONFERENCE            ☐ FINAL/PRETRIAL CONFERENCE
☐ SETTLEMENT CONFERENCE           X TELEPHONE CONFERENCE
☐ MOTION HEARING                  ☐ INFANT COMPROMISE HEARING

| **PLAINTIFFS** | **ATTORNEY** |
|---|---|
|  | Yuezhu Liu |

| **DEFENDANTS** | **ATTORNEY** |
|---|---|
|  | Howard S. Hua |

☐ **FACT DISCOVERY TO BE COMPLETED BY** _____
☐ **SETTLEMENT CONFERENCE SCHEDULED FOR** _____
☐ **JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY** _____
☐ **PL. TO SERVE DEF. BY:**_____**DEF. TO SERVE PL. BY:**_____

**RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

The Court conducts a telephonic *Cheeks* hearing. For the reasons stated on the record, this Court concludes that the settlement is fair and reasonable and was reached as a result of arms-length negotiations between the parties, with the assistance of this Court. The [22] motion for settlement is granted. However, the Court declines to retain jurisdiction to enforce the settlement agreement. Rather, the dismissal of the action will be with the right to reopen, if the settlement is not consummated. The parties agree that any modifications to the settlement agreement must be approved by the Court. The settlement is otherwise approved. The parties must file their Stipulation of Discontinuance by December 15, 2022.